ILND 450 (Rev. 10/13) Judgment in a Civil Action

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Bakery, Confectionery & Tobacco Workers' International Union,

Plaintiff(s),

v.

Mondelez Global LLC,

Defendant(s).

Case No. 16 C 760
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed due to lack of jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion for preliminary injunction.

Date: 3/14/2016                Thomas G. Bruton, Clerk of Court

                               Lynn Kandziora , Deputy Clerk